IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CIGNA CORPORATION**, <br><br> Plaintiff, <br><br> *v.* <br><br> **CELGENE CORPORATION, et al.**, <br><br> Defendants. | CIVIL ACTION <br><br> NO. 21-90-KSM |

# ORDER

**AND NOW**, this 24th day of May, 2021, upon consideration of the parties' Joint Motion to Transfer Venue (Doc. No. 17) and Supplemental Memorandum in Support of Joint Motion to Transfer Venue (Doc. No. 19), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** as follows:

1. The Joint Motion (Doc. No. 17) is **GRANTED**.

2. The Clerk of Court is directed to **TRANSFER** this lawsuit to the United States District Court for the District of New Jersey pursuant to 28 U.S.C. § 1404(a).

**IT IS SO ORDERED.**

/s/ *Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.