# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
## CIVIL DOCKET FOR CASE #: 2:21−cv−00090−KSM

| | |
|---|---|
| CIGNA CORPORATION v. CELGENE CORPORATION et al | Date Filed: 01/08/2021 |
| Assigned to: HONORABLE KAREN S. MARSTON | Jury Demand: Plaintiff |
| Cause: 15:1 Antitrust Litigation | Nature of Suit: 410 Other Statutes: Anti−Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **CIGNA CORPORATION** | represented by | **URIEL RABINOVITZ**<br>LOWEY DANNENBERG, P.C.<br>44 SOUTH BROADWAY, SUITE 1100<br>WHITE PLAINS, NY 10601<br>914−997−0500<br>Email: urabinovitz@lowey.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **PETER D. ST. PHILLIP**<br>LOWEY DANNENBERG, P.C.<br>44 SOUTH BROADWAY, SUITE 1100<br>WHITE PLAINS, NY 10601<br>TEL 914−997−0500<br>Fax: FAX 914−997−0035<br>Email: pstphillip@lowey.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **CELGENE CORPORATION** | represented by | **ARTHUR J. ARGALL , III**<br>WILLIAMS & CONNOLLY<br>725 TWELFTH ST NW<br>WASHINGTON, DC 20005<br>202−434−5251<br>Email: aargall@wc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **BENJAMIN M. GREENBLUM**<br>WILLIAMS & CONNOLLY LLP<br>725 TWELFTH ST NW<br>WASHINGTON, DC 20005<br>202−434−5000<br>Email: bgreenblum@wc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **COLETTE CONNOR**<br>WILLIAMS & CONNOLLY LLP<br>725 − 12TH STREET NW |

WASHINGTON, DC 20005
Email: cconnor@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN E. SCHMIDTLEIN**
WILLIAMS & CONNOLLY LLP
725 TWELFTH ST., N.W.
WASHINGTON, DC 20005
202–434–5901
Email: jschmidtlein@wc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LATHROP B. NELSON , III**
MONTGOMERY MCCRACKEN WALKER
AND RHOADS, L.L.P.
1735 Market Street
PHILADELPHIA, PA 19103
215–772–7473
Fax: 215–731–3708
Email: lnelson@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANDREA N. PHILLIPS**
MONTGOMERY MCCRACKEN
1735 MARKET STREET
PHILADELPHIA, PA 19103
215–772–7283
Email: nphillips@mmwr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

BRISTOL–MYERS SQUIBB COMPANY        represented by **ARTHUR J. ARGALL , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**BENJAMIN M. GREENBLUM**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**COLETTE CONNOR**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**JOHN E. SCHMIDTLEIN**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**LATHROP B. NELSON , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**ANDREA N. PHILLIPS**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/08/2021 | Ï 1 | COMPLAINT against BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION ( Filing fee $ 402 receipt number 0313−14829020.), filed by CIGNA CORPORATION. (Attachments: # 1 Civil Cover Sheet, # 2 Designation Form)(ST. PHILLIP, PETER) (Entered: 01/08/2021) |
| 01/08/2021 | Ï 2 | Statement *Disclosure Statement Form pursuant to FRCP 7.1* by CIGNA CORPORATION. (ST. PHILLIP, PETER) (Entered: 01/08/2021) |
| 01/08/2021 | Ï | Disclosure Statement Form pursuant to FRCP 7.1 by CIGNA CORPORATION. (SEE #2 FOR ATTACHMENT)(lvj, ) (Entered: 01/08/2021) |
| 01/11/2021 | Ï | Summons Issued as to BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION. E−MAILED To: COUNSEL on 1/11/21 (bw, ) (Entered: 01/11/2021) |
| 02/05/2021 | Ï 3 | MOTION for Pro Hac Vice *Uriel Rabinovitz* ( Filing fee $ 40 receipt number 0313−14895879.) filed by CIGNA CORPORATION.Certificate of Service.(ST. PHILLIP, PETER) (Entered: 02/05/2021) |
| 02/05/2021 | Ï 4 | NOTICE of Appearance by ANDREA N. PHILLIPS on behalf of BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION with certificate of service(PHILLIPS, ANDREA) (Entered: 02/05/2021) |
| 02/05/2021 | Ï 5 | NOTICE of Appearance by LATHROP B. NELSON, III on behalf of BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION with Certificate of Service(NELSON, LATHROP) (Entered: 02/05/2021) |
| 02/08/2021 | Ï 6 | ORDER THAT DEFENDANTS SHALL HAVE UNTIL MAY 14, 2021 TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT. SIGNED BY HONORABLE KAREN S. MARSTON ON 2/5/21. 2/8/21 ENTERED & E−MAILED.(fdc) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 7 | ORDER THAT THE 3 MOTION FOR THE PRO HAC VICE ADMISSION OF URIEL RABINOVITZ, ESQ.IS DENIED. SIGNED BY HONORABLE KAREN S. MARSTON ON 2/8/21.2/8/21 ENTERED & E−MAILED.(fdc) (Entered: 02/08/2021) |
| 02/08/2021 | Ï 8 | Disclosure Statement Form pursuant to FRCP 7.1 including Bristol−Myers Squibb Company with Certificate of Service by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.(NELSON, LATHROP) (Entered: 02/08/2021) |
| 02/11/2021 | Ï 9 | MOTION for Pro Hac Vice *Uriel Rabinovitz* filed by CIGNA CORPORATION.Declaration, Certificate of Service, Proposed Order. (Attachments: # 1 Declaration, # 2 Text of Proposed Order, # 3 Certificate of Service)(ST. PHILLIP, PETER) (Entered: 02/11/2021) |
| 02/11/2021 | Ï 10 | ORDER THAT MOTION FOR ADMISSION PRO HAC VICE IS GRANTED. SIGNED BY HONORABLE KAREN S. MARSTON ON 2/11/21. 2/11/21 ENTERED AND COPIES E−MAILED.(rf, ) (Entered: 02/11/2021) |

| | | |
|---|---|---|
| 02/19/2021 | 11 | MOTION for Pro Hac Vice , MOTION for Pro Hac Vice *of Benjamin M. Greenblum* ( Filing fee $ 40 receipt number 0313−14927343.) filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.Memorandum, Declaration, Certificate of Counsel, Certificate of Service. (Attachments: # 1 Declaration, # 2 Certificate of Counsel, # 3 Text of Proposed Order, # 4 Certificate of Service)(NELSON, LATHROP) (Entered: 02/19/2021) |
| 02/19/2021 | 12 | MOTION for Pro Hac Vice *of John E. Schmidtlein* ( Filing fee $ 40 receipt number 0313−14927384.) filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.Declaration, Certificate of Counsel, Certificate of Service. (Attachments: # 1 Declaration, # 2 Certificate of Counsel, # 3 Text of Proposed Order, # 4 Certificate of Service)(NELSON, LATHROP) (Entered: 02/19/2021) |
| 02/19/2021 | 13 | MOTION for Pro Hac Vice *of Colette Connor* ( Filing fee $ 40 receipt number 0313−14927426.) filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.Declaration, Certificate of Counsel, Certificate of Service. (Attachments: # 1 Declaration, # 2 Certificate of Counsel, # 3 Text of Proposed Order, # 4 Certificate of Service)(NELSON, LATHROP) (Entered: 02/19/2021) |
| 02/19/2021 | 14 | MOTION for Pro Hac Vice *of Arthur J. Argall, III* ( Filing fee $ 40 receipt number 0313−14927447.) filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.Declaration, Certificate of Counsel, Certificate of Service. (Attachments: # 1 Declaration, # 2 Certificate of Counsel, # 3 Text of Proposed Order, # 4 Certificate of Service)(NELSON, LATHROP) (Entered: 02/19/2021) |
| 02/22/2021 | 15 | ORDER THAT DEFENDANTS' 11 MOTION FOR PRO HAC VICE ADMISSION OF BENJAMIN M. GREENBLUM, ESQ. IS GRANTED. DEFENDANTS' 12 MOTION FOR PRO HAC VICE ADMISSION OF JOHN E. SCHMIDTLEIN, ESQ. IS GRANTED. DEFENDANTS' 13 MOTION FOR PRO HAC VICE ADMISSION OF COLETTE CONNER, ESQ. IS GRANTED. DEFENDANTS' 14 MOTION FOR PRO HAC VICE ADMISSION OF ARTHUR J. ARGALL, III, ESQ. IS GRANTED. SIGNED BY HONORABLE KAREN S. MARSTON ON 2/22/21.2/22/21 ENTERED & E−MAILED.(fdc) (Entered: 02/22/2021) |
| 03/12/2021 | 16 | ORDER THAT DEFENDANTS BRISTOL−MYERS SQUIBB COMPANY AND CELGENE CORPORATION SHALL HAVE UNTIL JULY 16, 2021 TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT. SIGNED BY HONORABLE KAREN S. MARSTON ON 3/12/21. 3/12/21 ENTERED & E−MAILED.(fdc) (Entered: 03/12/2021) |
| 04/16/2021 | 17 | Joint MOTION to Transfer *Venue to District of NJ on behalf of All Parties* filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION.Proposed Order.(NELSON, LATHROP) (Entered: 04/16/2021) |
| 05/18/2021 | 18 | Minute Entry for proceedings held before HONORABLE KAREN S. MARSTON. Re: An off the record Status Conference was held by telephone on 5/18/21. (fdc) (Entered: 05/18/2021) |
| 05/21/2021 | 19 | RESPONSE in Support re 17 Joint MOTION to Transfer *Venue to District of NJ on behalf of All Parties filed jointly on behalf of all parties* filed by BRISTOL−MYERS SQUIBB COMPANY, CELGENE CORPORATION. (NELSON, LATHROP) (Entered: 05/21/2021) |
| 05/24/2021 | 20 | MEMORANDUM AND OPINION. SIGNED BY HONORABLE KAREN S. MARSTON ON 5/24/21. 5/24/21 ENTERED & E−MAILED.(fdc (Entered: 05/24/2021) |
| 05/24/2021 | 21 | MEMORANDUM AND ORDER THAT THE JOINT MOTION 17 IS GRANTED. THE CLERK OF COURT IS DIRECTED TO TRANSFER THIS LAWSUIT TO THE U.S. DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY PURSUANT TO 28 U.S.C. SEC. 1404(A). SIGNED BY HONORABLE KAREN S. MARSTON ON 5/24/21. 5/24/21 ENTERED & E−MAILED.(fdc) (Entered: 05/24/2021) |